FILED

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DARVAIL HOLLIDAY, )<br><br>Defendant. ) | I N D I C T M E N T<br><br>CASE NO. **1 : 2 6 CR 0 0 1 7 6**<br><br>Title 18, United States Code,<br>Sections 922(g)(1) and 924(a)(8)<br><br>**JUDGE RUIZ** |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about June 25, 2025, in the Northern District of Ohio, Eastern Division, the Defendant, DARVAIL HOLLIDAY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Possession, on or about October 24, 2023, in the Cuyahoga County Court of Common Pleas, Case Number CR-23-678820-B; Trafficking, on or about February 24, 2011, in the Cuyahoga County Court of Common Pleas, Case Number CR-10-542265-A; and Attempted Felonious Assault, on or about August 23, 2004; in the Cuyahoga County Court of Common Pleas, Case Number CR-04-452861-A, knowingly possessed in and affecting interstate commerce, a firearm, to wit: a Kimber Ultra Carry II, .45 caliber handgun, bearing serial number KU166938, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant DARVAIL HOLLIDAY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including but not limited to, the following: a Kimber Ultra Carry II, .45 caliber handgun, bearing serial number KU166938, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2